FRANK FITZSIMMONS DOING BUSINESS UNDER THE NAME AND STYLE OF
FITZSIMMONS CONSTRUCTION CO.

*v.*

STATE OF ILLINOIS.

*Opinion filed June 6, 1921.*

CLAIMS—*when allowable.* Claims which in equity and good conscience
ought to be paid are allowable.

Edward J. Brundage, Attorney General, for State.

This is a claim for damages arising out of the repair and alteration
of the Capitol building of the State of Illinois authorized by an Act
of the 49th General Assembly. This claim was referred to a commis-
sioner to take testimony and upon conclusion of testimony by the plain-
tiff the counsel for the plaintiff and for the defendant together with the
State supervising architect, upon consideration of the evidence offered
and of all the records, files, document and information obtainable, have
considered each and every item of the claim declared upon and have
agreed that the sum of eight thousand nine hundred ninety-eight and
49/100 dollars ($8,998.49), is due the complainant in equity and good
conscience. We concur in this finding and agreement and we therefore
award the claimant in full of the above claim the sum of eight thousand
nine hundred ninety-eight 49/100 dollars ($8,998.49).